Argued and submitted April 2, reversed, judgment of circuit court reinstated
August 27, 1985

## ROYAL INSURANCE COMPANIES,
*Respondent on Review,*

*v.*

## STATE OF OREGON, OREGON TRANSPORTATION COMMISSION, HIGHWAY DIVISION,
*Petitioner on Review.*

(TC 16-83-03206; CA A29388; SC S31476)

705 P2d 1144

Michael D. Reynolds, Assistant Attorney General, Salem, argued the cause for petitioner on review. With him on the petition were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, and Philip Schradle, Assistant Attorney General, Salem.

Richard A. Roseta, Eugene, argued the cause for respondent on review.

LINDE, J.

Peterson, C. J., filed a concurring opinion.

Lent, J., filed a specially concurring opinion.

**LINDE, J.**

The decision of the Court of Appeals is reversed and the judgment of the Circuit Court is reinstated. *Beaver v. Pelett,* 299 Or 664, 705 P2d 1149 (1985).

**PETERSON, C. J.,** concurring.

I concur in the result. *See* my concurring opinion in *Scovell v. TRK Trans, Inc.,* 299 Or 679, 705 P2d 1144 (1985), and my dissenting opinion in *Beaver v. Pelett,* 299 Or 664, 705 P2d 1149 (1985), both decided this date.[1]

Roberts and Jones, JJ., join in this concurring opinion.

**LENT, J.,** specially concurring.

For the reasons stated in my separate opinion in *Scovell v. TRK Trans, Inc.,* 299 Or 679, 705 P2d 1144 (1985), I concur in the result reached by the majority.

---

[1] From the opinions in these three cases, it appears that six of us agree that the state may be liable in contribution; four of us agree that the "contribution plaintiff" could not, under former ORS 30.275, recover from the state if the injured person fails to give timely notice; and seven of us agree on the extinguishment question.